PER CURIAM.
Affirmed. See McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); *440 Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Coughlin v. State, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Dorsett v. State, 166 So.3d 898 (Fla. 4th DCA 2015); Shivers v. State, 96 So.3d 1039 (Fla. 4th DCA 2012); Atwater v. State, 781 So.2d 1149 (Fla. 5th DCA 2001); Robinson v. State, 642 So.2d 644 (Fla. 4th DCA 1994).
KELLY, BLACK, and SALARIO, JJ., Concur.